# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **SHAWNTELL CURRY,** | **JUDGMENT** |
| | **on a Motion pursuant to** |
| Petitioner, | **28 U.S.C. § 2241** |
| v. | Case No. 08-cv-188-slc |
| **C. HOLINKA (Warden),** | |
| Respondent. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DISMISSED.**

**THERESA M. OWENS**
_____
Theresa M. Owens, Clerk

_____4/30/08_____
/s/ M. Hardin                                                              Date
_____
by Deputy Clerk